No. 72–6898. SCHARTNER *v.* PIZZO, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–6899. CREIGHTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–6901. POLK *v.* CALIFORNIA. Ct. App. Cal. 1st App. Dist. Certiorari denied.

No. 72–6903. MOSS *v.* HOCKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–6904. FROGGE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6907. YOUNG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–6909. BILELLO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 72–6910. HALEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–6911. WALL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6912. WHITE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–6913. WHITESIDE *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 72–6920. COLLINS *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 72–6922. LARUEA *v.* MARTHA WASHINGTON ASSOCIATES ET AL. C. A. 2d Cir. Certiorari denied.